# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

**Civil Action No.: 06-cv-02066-LTB-CBS**          FTR - Reporter Deck, Crtrm A402
**Date: October 25, 2006**                                   Courtroom Deputy, Ellen E. Miller

Pending in Civil Action Nos. 04-3458 and 05-5555 Consolidated
U.S. District Court for the District of New Jersey

LOIS D. LYON

    **Plaintiff(s),**

   v.

ALLAN M. GOLDSTEIN,

    **Defendant(s).**

AMG INDUSTRIES CORPORATION,
AMG HOLDING CORPORATION and
ALLAN M. GOLDSTEIN,

    **Plaintiff(s),**

v.

REXFORD L. LYON

    **Defendant(s).**

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:**   9:15 a.m.
Court calls case. Appearance of counsel. For AMG Holding Corporation and Allan M. Goldstein are, appearing in the courtroom, Carolyn J. Fairless, and appearing by telephone Alan Modlinger. For the deponent, Mr. Steel, appearing in the courtroom is Andrew Nathan. By telephone for Mr. Lyon is Marni N. Kloster. Appearing by telephone for Ms. Lyon is Stanley W. Kallmann.

*06-cv-00754-MSK-CBS*
*Telephonic Status Conference*
*October 25, 2006*

Discussion is held regarding the Motion to Enforce Subpoena and For Forthwith Ruling.

**It is ORDERED:**   The AMG Parties' MOTION TO ENFORCE SUBPOENA AND FOR FORTHWITH RULING  (Docket No. 1, Filed October 17, 2006) is
**HELD IN ABEYANCE** pending further briefing.

**No later than NOVEMBER 06, 2006,** responding parties shall file written responses to the Motion to Enforce Subpoena.
No replies shall be permitted.

The Court finds that the current Privilege Log provided for the Court's review is deficient.

A supplemental Privilege Log that complies in all respects with Rule 26(b)(5) shall be provided.

HEARING CONCLUDED.

**Court in recess:**   10:00 a.m.
Total in court time:   00:42