IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02066-LTB-CBS
*(Pending in Civil Action Nos. 04-3458 and 05-5555)*
*(Consolidated U.S. District Court for the District of New Jersey)*

LOIS D. LYON,

    Plaintiff,

v.

ALLAN M. GOLDSTEIN,

    Defendant.

---

AMG INDUSTRIES CORPORATION,
AMG HOLDING CORPORATION, and
ALLAN M. GOLDSTEIN,

    Plaintiffs,

v.

REXFORD L. LYON,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Stay Briefing on Motion to Enforce Subpoena *(doc. no. 5)* is **GRANTED**. Briefing on AMG Parties' Motion to Enforce Subpoena and Mr. Steel's compliance with the subpoena are hereby stayed.

    IT IS FURTHER ORDERED that the parties shall file either a motion to withdraw or a status report no later than **November 14, 2006**.

**DATED:**    October 31, 2006