IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02066-LTB-CBS
*(Pending in Civil Action Nos. 04-3458 and 05-5555)*
*(Consolidated U.S. District Court for the District of New Jersey)*

LOIS D. LYON,

    Plaintiff,

v.

ALLAN M. GOLDSTEIN,

    Defendant.

---

AMG INDUSTRIES CORPORATION,
AMG HOLDING CORPORATION, and
ALLAN M. GOLDSTEIN,

    Plaintiffs,

v.

REXFORD L. LYON,

    Defendant.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion to Withdraw Motion to Enforce Subpoena (Docket No. 1) and to Vacate Status Conference (*doc. no. 16)* is **GRANTED**.

    IT IS FURTHER ORDERED that the Motion to Enforce Subpoena and For Forthwith Ruling (*doc. no. 1)* is **DENIED** as moot.

    IT IS FURTHER ORDERED that the telephonic status conference set for January 26, 2007, is **VACATED**.

Pursuant to D.C. COLO. LCivR 72.1 B. 7., and in light of the foregoing, this civil action is closed.

**DATED:**    January 25, 2007